UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Marie Kaatz and Abigail Gagliardi, individually :
on behalf of themselves and all others similarly
situated, :

        Plaintiffs,      :    Civil Action No. 7:16-cv-00237-VB

v.      :    **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Hyland's Inc., Standard Homeopathic
Company, and John Does 1-25,

        Defendants.

------------------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiffs hereby dismiss this action with prejudice.

    Dated: August 22, 2017

| THE SULTZER LAW GROUP, P.C. | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| By: _____ | By: _____ |
| Jason P. Sultzer, Esq. | Stephanie Stroup, Esq. |
| 85 Civic Center Plaza, Suite 104 | 555 South Flower Street |
| Poughkeepsie, NY 12601 | 41st Floor |
| Tel: (845) 483-7100 | Los Angeles, CA 90071 |
| Fax: (888) 749-7747 | Tel: (213) 892-9315 |
| sultzerj@thesultzerlawgroup.com | Fax: (213) 892-9200 |
| | Stephanie.stroup@nortonrosefulbright.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |